IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:22-CV-00038

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. CURRENCY IN THE AMOUNT ) | |
| OF $2,230,618.07, FORMERLY ) | |
| HELD IN PNC BANK ACCOUNT ) | |
| NO. *4756; ) | **COMPLAINT FOR** |
| ) | **FORFEITURE *IN REM*** |
| U.S. CURRENCY IN THE AMOUNT ) | |
| OF $211,337.97, FORMERLY HELD ) | |
| IN BANK OF AMERICA ACCOUNT ) | |
| NO. *0972; ) | |
| ) | |
| U.S. CURRENCY IN THE AMOUNT ) | |
| OF $138,831.07, FORMERLY HELD ) | |
| IN BANK OF AMERICA ACCOUNT ) | |
| NO. *3505; ) | |
| ) | |
| U.S. CURRENCY IN THE AMOUNT ) | |
| OF $219,373.39, FORMERLY HELD ) | |
| IN BANK OF AMERICA ACCOUNT ) | |
| NO. *0290, ) | |
| ) | |
| Defendants. ) | |

The United States of America, by the United States Attorney for the Eastern District of North Carolina, states as follows:

1. This is a civil action *in rem* brought to enforce (1) the provisions of 18 U.S.C. § 981(a)(1)(C) providing for the forfeiture of property constituting or derived

1

from proceeds traceable to an offense constituting a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7), including wire fraud in violation of 18 U.S.C. § 1341; and/or (2) the provisions of 18 U.S.C. § 981(a)(1)(A) providing for the forfeiture of any property, real or personal, involved in a transaction or attempted transaction in violation of section 1956, 1957, or 1960 of Title 18 of the United States Code (*i.e.*, money laundering), or any property traceable to such property.

2. This Court has subject matter jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355(a). The Court has *in rem* jurisdiction by virtue of 28 U.S.C. § 1355(b). Venue in this district is proper by virtue of 28 U.S.C. § 1395(b).

3. The defendants are as follows:

   a. $2,230,618.07 in U.S. Currency (formerly held in PNC Bank Account No. *4756);

   b. $211,337.97 in U.S. Currency (formerly held in Bank of America Account No. *0972);

   c. $138,831.07 in U.S. Currency (formerly held in Bank of America Account No. *3505);

   d. $219,373.39 in U.S. Currency (formerly held in Bank of America Account No. *0290);

4. The Defendants were seized in New Hanover County, North Carolina pursuant to a federal seizure warrant issued under the authority of 18 U.S.C. § 981(b) and are currently located in the Seized Asset Deposit Fund Account maintained by

2

the United States Secret Service, within the Eastern District of North Carolina, within the jurisdiction of this Court.

5. The facts and circumstances supporting the seizure and forfeiture of the defendants are contained in **Exhibit A**, Declaration of United States Secret Service Special Agent Mack C. Yates, which is attached hereto and fully incorporated herein by reference. The facts set forth therein, as incorporated in this Complaint, constitute probable cause for the continued seizure, arrest, and forfeiture of all defendants, and are sufficient to support a reasonable belief that the government will meet its burden of proof at trial that all defendant property identified in this action should be forfeited.

6. The defendants constitute or were, in whole or in part as set forth within Agent Yates' declaration, derived from proceeds traceable to an offense constituting a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7), including wire fraud, and are therefore forfeitable to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C).

7. Alternatively, the defendants were involved in a transaction or attempted transaction in violation of section 18 U.S.C. § 1956 and 18 U.S.C. § 1957, or are traceable to property so involved, and are therefore forfeitable to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(A).

WHEREFORE, in accordance with Supplemental Rule G(3)(b)(i), the United States requests that the Clerk issue a warrant of arrest *in rem* for the defendants; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendants be

3

condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted, this 8th day of March 2022.

        MICHAEL F. EASLEY, JR.
        United States Attorney


        BY: /s/ Matthew L. Fesak
            MATTHEW L. FESAK
        Assistant United States Attorney
        Civil Division
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601-1461
        Telephone: (919) 856-4530
        Facsimile: (919) 856-4821
        E-mail: matthew.fesak@usdoj.gov
        NC State Bar No. 35276

## **VERIFICATION**

I, Mack C. Yates, Special Agent, U.S. Secret Service, declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that the foregoing Complaint for Forfeiture is based on reports and information provided by or furnished to me and, to the best of my information and belief, is true and correct.

This the 22nd day of February, 2022.

*[signature]*

Mack C. Yates
Special Agent
U.S. Secret Service